# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES W. FARMER & MARILYN M. FARMER  Case Number: 07-70515
510 EAST 3RD STREET  SSN-xxx-xx-8053 & xxx-xx-2210
DIXON, IL  61021

Case filed on: 3/9/2007
Plan Confirmed on: 6/8/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,064.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,223.38 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,223.38 | 0.00 |
| 004 | FISCHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CPA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | RRCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES W. FARMER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 2,103.28 | 2,103.28 | 402.61 | 97.39 |
| 002 | JP MORGAN CHASE BANK NA | 13,926.13 | 13,926.13 | 821.94 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 4,381.07 | 4,381.07 | 258.57 | 0.00 |
|  | Total Secured | 20,410.48 | 20,410.48 | 1,483.12 | 97.39 |
| 005 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AFFINITY CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALL KIDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAYUGA MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHECK INTO CASH, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECK IT | 111.88 | 111.88 | 0.00 | 0.00 |
| 013 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COUNTRY MARKET | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JEFFERSON CAPITAL SYSTEMS, LLC | 276.57 | 276.57 | 0.00 | 0.00 |
| 017 | FORRESTON STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JEWEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | JOLIET MED. ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | KARL PATNOUDES | 3,400.00 | 0.00 | 0.00 | 0.00 |
| 025 | KSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | KSB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | KSB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NEW YORK STATE ELECTRIC & GAS CORP | 321.30 | 321.30 | 0.00 | 0.00 |
| 030 | PENN FOSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | S&D PETROLEUM | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | H & R ACCOUNTS | 800.00 | 800.00 | 0.00 | 0.00 |
| 034 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | STERLING ROCK FALLS CLINIC | 486.02 | 486.02 | 0.00 | 0.00 |
| 038 | UNITED MEDICAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | WAYNE & DIANE PATNOUDES | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | CAPITAL ONE | 1,791.39 | 1,791.39 | 0.00 | 0.00 |
|  | Total Unsecured | 7,187.16 | 3,787.16 | 0.00 | 0.00 |
|  | Grand Total: | 30,097.64 | 26,697.64 | 3,706.50 | 97.39 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $3,803.89 |
| Trustee Allowance: | $260.11 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                        /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008           By  /s/Heather M. Fagan